Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSVALDO RIOS and MARY J. RIOS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive,<br><br>  Defendants.<br><br>In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | Case No. CV08-07411 R (FMOx)<br><br>Related Group Control No. CV 08-7226-FMC (RZx)<br><br>**JUDGMENT AWARDING RECONTRUST COMPANY, N.A. AND COUNTRYWIDE HOME LOANS, INC. AND ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.**<br><br>[Assigned for all purposes to Hon. Manuel L. Real]<br>Dept. 8 |

IR01DOCS401501.1

(PROPOSED JUDGMENT)

On April 15, 2009, this Court ordered M.W. Roth PLC and/or attorney Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by Defendants in defending this action. (Document No. 20.)

After consideration of the declaration submitted by counsel regarding the amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of ReconTrust Company, N.A. and Countrywide Home Loans, Inc. and against M.W. Roth, PLC and/or Mitchell W. Roth, Esq., jointly and severally, in the amount of $4,282.50.

IT IS SO ORDERED.

Dated: April 20, 2009

Manuel L. Real, District Court Judge
United States District Court
Central District of California